IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Estate of KIM W. O'LOUGHLIN, decedent by GREG V. O'LOUGHLIN, administrator, and GREG v. O'LOUGHLIN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. HUNGER and DEBRA A. HUNGER,<br><br>Defendants. | CIVIL ACTION<br><br><br>NO. 07-1860 |

FILED
APR 2 2 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this *21st* day of *April*, 2009, upon consideration of Defendant Debra A. Hunger's Motion for Summary Judgment (Doc. No. 17) and the Response thereto of Plaintiff Greg O'Loughlin, both individually and as administrator of the Estate of Kim O'Loughlin (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant Debra Hunger and against Plaintiff. This case is closed.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.